Argued January 21, affirmed March 7, rehearing denied March 28, 1916.

# HOY *v.* GORST.

(154 Pac. 276.)

**Appeal and Error—Constitutional Law—Affirmance—Unsubstantial Errors.**

1. Under Article VII, Section 3, of the Constitution, requiring affirmance of judgments in law actions notwithstanding errors if the judgment is such as should have been rendered, a judgment in replevin will be affirmed notwithstanding some unsubstantial errors.

From Coos: John S. Coke, Judge.

This is an action in replevin by Harry G. Hoy against V. G. Gorst. From a judgment in favor of defendant, plaintiff appeals. Affirmed. Rehearing Denied.

For appellant there was a brief over the name of *Messrs. Hoy & Miller,* with an oral argument by *Mr. Harry G. Hoy.*

For respondent there was a brief over the names of *Mr. John D. Goss* and *Mr. John C. Kendall,* with an oral argument by *Mr. Goss.*

Department 2.    Opinion Per Curiam.

This is an action in replevin to recover a Ford machine, called in the complaint an automobile. The evidence shows that plaintiff paid $35 for it, and that it was probably worth $90. There was a verdict for defendant, and plaintiff appeals.

There are some unsubstantial errors, but from the whole testimony we are satisfied that the verdict and judgment are such as should have been rendered, and under the provisions of Article VII, Section 3, of the Constitution, are affirmed.

Affirmed.    Rehearing Denied.